# 620

Opinion filed January 15, 1934.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter, John D. DeFoe and E. Douglas Schwantes, of counsel. Michael L. Carmody, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

The New York, New Haven and Hartford Railroad Company, appellee, v. W. P. Cooney and T. S. Korshak, trading as Cooney & Korshak, and Maryland Casualty Company, appellant. Gen. No. 37,142.

Opinion filed January 15, 1934. Rehearing denied January 29, 1934.

O'Connell, McGlinn & O'Gallagher, for appellant. Hay & Brown and Erwin W. Roemer, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Lamson and Goodnow Manufacturing Company, appellee, v. L. P. Larson, Jr. Company, appellant. Gen. No. 37,169.

Opinion filed January 15, 1934. Rehearing denied January 29, 1934.

Edward T. Heineman and Henry K. Loeb, for appellant. Abrams & Abrams, for appellee; Abraham H. Maller and Irving I. Abrams, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

William S. Kuhn, Jr., appellee, v. William Van Doren Wright et al., appellants. Gen. No. 36,803.

Opinion filed January 15, 1934.

Winston, Strawn & Shaw, for appellants; Edward W. Everett and Charles J. Calderin, of counsel. Mayer, Meyer, Austrian & Platt, for appellee; Frederic Burnham and Miles G. Seeley, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

The People of the State of Illinois ex rel. Gertrude Cummings, appellee, v. Emmet Whealan et al., appellants. Gen. No. 36,985.